COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Tanya L. McCabe Trust, McCabe Family Trust, and The Rochford
                         Living Trust v. Ranger Energy LLC

Appellate case number:   01-15-00044-CV

Trial court case number: 54138

Trial court:             356th District Court of Hardin County

Date motion filed:       January 6, 2017

Party filing motion:     Appellee, Ranger Energy LLC

        It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                         ☒  Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Lloyd


Date:  February 23, 2017